AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Dwayne Holley<br><br>*Plaintiff(s)*<br>v.<br>The City of New York, et al.<br><br>*Defendant(s)* | Civil Action No. 21 CV 4681 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1) The City of New York, Law Department, 100 Church St. New York, NY 10007; 2) Detective Peter Ferrizz [Tax Reg. #933529], NYPD-106th Precinct, 103-53 101st Street, Ozone Park, NY 11417; (3) Sergeant Abraham Cruz [Tax Reg. #926414], NYPD-106th Precinct, 103-53 101st Street, Ozone Park, NY 11417; (4) Sergeant Kenneth Durkin [Tax Reg. #925228], NYPD-106th Precinct, 103-53 101st Street, Ozone Park, NY 11417; and (5) Detective Angela R. Diorio, NYPD-106th Precinct, 103-53 101st Street, Ozone Park, NY 11417.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Offices of Ugo Uzoh, P.C.
56 Willoughby Street, Third Floor
Brooklyn, NY 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 08/19/2021



*/s/ P. Neptune*
*Signature of Clerk or Deputy Clerk*