# UGO UZOH, P.C.

ATTORNEYS AT LAW
56 WILLOUGHBY STREET, THIRD FLOOR
BROOKLYN, NEW YORK 11201
TEL: (718) 874-6045, FAX: (718) 576-2685

February 10, 2023

By ECF

Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>Dwayne Holley v. City of New York, et al.</u>
        21 CV 4681 (ENV) (JRC)

Dear Judge Cho:

  This firm represents Plaintiff Dwayne Holley, in connection with the above referenced matter. I write to advise the Court that the parties have reached a settlement agreement in this matter. Accordingly, the parties respectfully request that any and all scheduled deadlines, trials and conferences be adjourned without a date. A proposed Stipulation and Order of Dismissal will be submitted to the Court upon execution by the parties.

  Thank you for your time and consideration in this regard.

              Respectfully submitted,

              *Ugochukwu Uzoh*

              Ugochukwu Uzoh

cc: Andrea Osgood, Senior Counsel (via ECF)