UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

DWAYNE HOLLEY,

Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE PETER FERRIZZ
[TAX REG. #933529], SERGEANT ABRAHAM CRUZ
[TAX REG. #926414], SERGEANT KENNETH DURKIN
[TAX REG. #925228], DETECTIVE ANGELA R. DIORIO,
and JOHN DOE AND JANE DOE #1-6 (the names John and
Jane Doe being fictitious, as the true names are presently
unknown),

Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

21-CV-4681 (ENV) (JRC)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
    <u>March 13</u>    , 2023

UGO UZOH, P.C.
*Attorneys for Plaintiff*
56 Willoughby Street, Third Floor
Brooklyn, NY 11201
(718) 874-6045


By: *Ugochukwu Uzoh*
Ugochukwu Uzoh
*Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,*
    *Ferrizz, Cruz, Durkin, and DiOrio*
100 Church Street, 3rd Floor
New York, New York 10007

By: *Andrea Osgood*

Andrea Osgood
*Senior Counsel*

SO ORDERED:


_____
HON. ERIC N VITALIANO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023

2